```
 1  JOHN P. JIMENEZ
    Nevada Bar No. 11400
 2  PHILLIPS, SPALLAS & ANGSTADT LLC
    504 S. Ninth St.
 3  Las Vegas, Nevada 89101
    (702) 938-1510
 4
    Attorneys for Defendant
 5  Sam's West, Inc.
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ISABEL GONZALEZ and FRANCISCO CURIEL,<br><br>Plaintiffs,<br><br>v.<br><br>SAM'S WEST, INC. dba SAM'S CLUB NO. 6261; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:09-cv-1801-LDG-GWF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

//
//
//
//
//
//
//
//
//
//

1 | or her own costs and attorney's fees.

2 | DATED this 20 day of December, 2010.  DATED this 20th day of December, 2010.

3 | HARRIS & HARRIS    PHILLIPS, SPALLAS & ANGSTADT, LLC

BRIAN K. HARRIS, ESQ.  JOHN P. JIMENEZ, ESQ.
Nevada Bar No. 7737  Nevada Bar No. 11400
501 South Rancho Drive, Suite D-22  504 South Ninth Street
Las Vegas, Nevada 89106  Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*  *Attorneys for Defendant*
*Isabel Gonzalez and Francisco Curiel*  *Sam's West, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear their own costs and attorney's fees.

DATED this 7 day of JAN, 2011.

_____
JUDGE LLOYD D. GEORGE

Respectfully submitted by:
**PHILLIPS, SPALLAS & ANGSTADT, LLC**

_____
JOHN JIMENEZ, ESQ.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Sam's West, Inc.*

-2-